IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>KEITH B. NODEN,<br><br>      Defendant. | 8:16CR283<br><br>ORDER |

   This matter is before the court on defendant's UNOPPOSED MOTION FOR EXTENSION OF PRETRIAL DEADLINE [19].  The record shows that this deadline will expire on December 19, 2016, and that the defendant has been given two previous extensions of the Pretrial Motion Deadline.  The defendant has not provided the Court with a reasonable explanation as to why he cannot complete review of discovery on or before December 19, 2016, therefore, the Court finds that good cause has not been shown for extending the deadline.

   **IT IS ORDERED:**

   1. Defendant's UNOPPOSED MOTION FOR EXTENSION OF PRETRIAL DEADLINE [19] is denied.

   2. Pursuant to NECrimR 59.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later than 12:00 noon on Tuesday, December 13, 2016.

   Dated this 9th day of December, 2016

                        BY THE COURT:

                         s/ F.A. Gossett, III
                         United States Magistrate Judge